# UNITED STATES DISTRICT COURT

### for the

Eastern District of North Carolina
Southern Division

| | | |
|---|---|---|
| THOMAS ROBERT BELL V as Personal Representative for the Estate of Gwynneth Bell | ) | |
| *Plaintiff* | ) | Case No.  7:23-CV-01375 |
| v. | ) | |
| UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff THOMAS ROBERT BELL V as Personal Representative for the Estate of Gwynneth Bell .

Date:   October 5, 2023

_____
/s/ David E. Dean
*Attorney's signature*

David Dean, SBN 50091
*Printed name and bar number*

The Law Office of David E. Dean
P.O. Box 747
Wendell, NC 27591
*Address*

ddean@ncestateslaw.com
*E-mail address*

(984) 299-5160
*Telephone number*

N/A
*FAX number*