# U.S. District Court

## North Carolina Eastern - Raleigh

THIS IS A COPY

Receipt Date: Oct 6, 2023 9:37AM

CHARLES SALVATORE LIMANDRI
P.O. BOX 9120
RANCHO SANTE FE, CA 92067

Rcpt. No: 500006480　　Trans. Date: Oct 6, 2023 9:37AM　　Cashier ID: #MB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DNCE523OT000999 /001 ATTORNEY ADMISSIONS | 1 | 1800.00 | 1800.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $1,800.00 |
| | | | | Total Due Prior to Payment: | $1,800.00 |
| | | | | Total Tendered: | $1,800.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Comments**: Charles LiMandri - cases(s): 7:23-cv-01374-BO-RJ, 7:23-cv-01375-BO-KS, 7:23-cv-01376-BO-BM, 7:23-cv-01377-BO-RN, 7:23-cv-01378-M-RJ, 7:23-cv-01385-BO, 7:23-cv-01387-M, 7:23-cv-01394-BO, 7:23-cv-01398-FL, 7:23-cv-01400-D, 7:23-cv-01401-FL, 7:23-cv-01402-D, 7:23-cv-01403-FL, 7:23-cv-01404-BO, 7:23-cv-01405-M, 7:23-cv-01406-M, 7:23-cv-01407-BO, 7:23-cv-01408-D. VISA - 006786

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.