IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-01375-BO-KS

| | | |
|---|---|---|
| THOMAS ROBERT BELL V as Personal Representative for the Estate of Gwynneth Bell, | ) ) ) ) | |
| v. Plaintiff, | ) ) | **NOTICE OF SPECIAL APPEARANCE** |
| UNITED STATES OF AMERICA | ) ) ) | |
| Defendant. | ) | |

Please take notice that the undersigned Charles S. LiMandri hereby enters a notice of special appearance as counsel for Plaintiff Thomas Robert Bell V as Personal Representative for the Estate of Gwynneth Bell in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, David Dean.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

This the 11th day of October, 2023.

/s/ Charles LiMandri
_____
Charles LiMandri
LiMandri & Jonna LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Tel: (858) 759-9930
Fax: (858) 759-9938
cslimandri@limandri.com
California Bar. No. 110841
Attorney for Plaintiff Gwynneth J. Bell

/s/ David E. Dean
_____
David Dean
The Law Office of David E. Dean
P.O. Box 747
Wendell, NC 27591
Tel: (984) 299-5160
Fax: N/A
ddean@ncestateslaw.com
North Carolina Bar. No. 50091
Local Civil Rule 83.1(d)
Counsel for Plaintiff Gwynneth J. Bell

**CERTIFICATE OF SERVICE**

*Thomas Robert Bell V as Personal Representative for the*
*Estate of Gwynneth Bell v. United States of America*
USDC - Eastern District of North Carolina- Southern Division
Court Case No.: 7:23-cv-01375-BO

I hereby declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within action. My business address is Post Office Box 9120, Rancho Santa Fe, California 92067.

2. I certify that I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE** by using the U.S. District Court CM/ECF Filing system.

3. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the U.S. District Court CM/ECF Filing system.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. Executed on October 11, 2023, at Rancho Santa Fe, California.

Kathy Denworth