IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01375-BO

THOMAS ROBERT BELL V as Personal Representative for the Estate of Gwynneth Bell, )
)
)
)
Plaintiff, )
)
v. )
)
UNITED STATES OF AMERICA )
)
Defendant. )
)

## ORDER

In accordance with N.C. Gen. Stat. § 1A-1, Rule 25(d), William Bell has submitted a declaration, accompanied by a San Diego County Death Certificate of his mother, Gwynneth Bell. Thomas Bell, as personal representative for the estate of Gwynneth Bell, is a named plaintiff in the above-captioned case, as well as the In Re: Camp Lejeune Water Litigation, case no. 7:23-cv-897 under the Camp Lejeune Justice Act of 2022. William Bell seeks to be joined as a party with his brother as the personal representative of the estate of Gwynneth Bell, so that her claim survives. Based on his compliance with the requirements of N.C. Gen. Stat. § 1A-1, Rule 25(d), and good and just cause appearing, it is **ORDERED** that William Bell is joined as a party with Thomas Bell pursuant to Rule 25(c) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: **April 9**, 2025

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE